IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00592-ZLW-BNB

AIDA WALTER, and
DONALD WALTER

       Plaintiffs,

v.

U.S. BANK, N.A.,
TAMARA LOCKRIDGE,
TRACY McVEY,
JASON LILLY,
CYNTHIA DUDA,
LAW OFFICE OF DAVID A. BAUER, P.C.,
DAVID A. BAUER, ESQUIRE,
KRISTIN E. LOHMAN, ESQUIRE,
JOHN DOE,
JANE DOE,
ONE UP,

       Defendants.

---

## ORDER OF DISMISSAL

---

The matter before the Court is Plaintiffs' Motion For Voluntary Dismissal filed

June 30, 2006.  In consideration thereof, it is

ORDERED that Plaintiff's Motion For Voluntary Dismissal is granted, and the

Complaint and cause of action are dismissed without prejudice.  It is

FURTHER ORDERED that all pending motions are moot.

DATED at Denver, Colorado, this __5__ day of July, 2006.

BY THE COURT:

_Zita L. Weinshienk_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court

2